IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

CASE NO. 2:08-CV-311
JURY

**MISTI L. FRENCH, INDIVIDUALLY
AND ON BEHALF OF ALL OTHER
PERSONS SIMILARLY SITUATED,**

**Plaintiff,**

**Vs.**

**NCO FINANCIAL SYSTEMS, INC.**

**Defendant.**

## ORDER DISMISSING CASE WITH PREJUDICE

**MISTI L. FRENCH** (Plaintiff) filed an unopposed Motion For Dismissal pursuant to Rule 41 (a)(1)(ii) of the Federal Rules of Civil Procedure.  The parties stipulated to the dismissal of Plaintiff's claims asserted herein with prejudice.

After considering the parties' Stipulation and Motion For Dismissal, the Court:

GRANTS the motion.  This case is dismissed with prejudice to Plaintiff's right to re-file.

SIGNED this 17th day of November, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE